**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-7209

HENRY J. STEELE,

Plaintiff – Appellant,

v.

DONALD MOBLEY; CLARENCE LEE FAULCON; PETER B. WOGLOM;
CAROLINE TAYLOR,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Fox, Senior
District Judge. (5:14-ct-03298-F)

Submitted:  November 17, 2016        Decided:  November 22, 2016

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit
Judges.

Dismissed by unpublished per curiam opinion.

Henry J. Steele, Appellant Pro Se. Joseph Finarelli, Special
Deputy Attorney General, Raleigh, North Carolina; John W.
Holton, John Walton Minier, YATES, MCLAMB & WEYHER, LLP,
Raleigh, North Carolina; Kelly Street Brown, Elizabeth Pharr
McCullough, YOUNG MOORE & HENDERSON, PA, Raleigh, North
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry J. Steele seeks to appeal the district court's order dismissing two named defendants in his 42 U.S.C. § 1983 (2012) action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Steele seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED